Case 3:12-cr-01465-AJB   Document 8   Filed 05/01/12   PageID.8   Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2012 MAY -1  PM 3: 12



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ALFREDO RAMIREZ-ARMENTA,<br><br>            Defendant. | CASE NO. 12CR1465-AJB<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

   8:1326(a)and(b) - Removed Alien Found in the United States (Felony)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/27/12

                                        Anthony J. Battaglia
                                        U.S. Magistrate Judge